# United States District Court

FILED

MAR 22 2023

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

| | |
|---|---|
| Randy L. Black, **Plaintiff,** | ) Civil Case No. 5:23-cv-107 |
| | ) Bailey Mazzone Rubenstein |
| vs. | ) To Be Supplied By Clerk |
| **Defendant's** | ) |
| Warden Rey | ) Federal Prisoners Right |
| Un Known Doctor and | ) To Life and Necessary Needs |
| Health Service Staff, | ) |
| and | ) Pro Se Indigent Status |
| Bureau Of Prisons. | ) Ex Parte Motion |

" Denial Of Medical Resulting In PSYSICAL Pain and Life Threathening Incident, All Under The Eighth Amendment's Cruel and Unusual Punishment "

Come now Plaintiff Randy L. Black a federal inmate at Hazelton (Hazeltons) Federal Correctional Institution (FCI) seeking address of his rights to medical care as a federal prisoner under the custody of Warden Rey and the Director of the B.O.P. ——————————. Black asserts he is being denied medical treatment of his

[ All Documented by Dr. Allred Herdon FCI California ] 3/18/23

after effects of Covid 19 and treatment (effectively) of high blood pressure. Black has seen the R.N for (5) times requesting change of medication. The reasoning being his pain and health concerns. The RN did (5) Blood Pressure Checks and the then doctor (Now known none) did (1). The doctors was 185 over 100. The RN was from 160 to 167 well over the standards 120. Black requested the R.N. to change and treat his medical needs. The RN did not. On March 18, 2023 Black was going to the evening meal when he became dizzy and fell down the steps hitting his head against a Screen mesh wire and cutting his hand and scrapping the skin off his left leg. Black bleed profusely from the head and hands in-jury and the Correction Officer would not allow Black to go back to his cell and get some thing to keep the

2

blood out of his eye. The C.O. did alert medical that Black had fell down the steps. The C.O. asked what happened and Black stated he had blood pressure probelms and was dizzy and fell. Black then was directed to go to medical. There was a line of blood droppings to medical. When medical did arrive (about 30 minutes latter) Black stood outside bleeding on the side walk until the medical assistant opened the door. Black was treated for his head injury by cleaning and a bandaid. Black was treated by a bandade for his hand injury. No, X Ray was taken for his head injury. No medication was given for pain. Black suffered all night long from his head injury plus the direct ~~rest~~ result of his trauma causing neck and back pain. Black was given no instructions to aid in his recover. Black was in pain all night [A Knot on his head plus larcetions]

3

long. On Sunday Black was not treated to see if any-thing (medically) came over Black during the night. (No follow-up).

"Because" of the deliberate indifference of medical personel. (There is no doctor). Warden Reg is aware of this and the B.O.P. director. She came to inspect last week and is aware of no medical doctor on premises to treat Black serious medical condition. Black has stated a claims under the Eighth Amendments Cruel and Unusual Punishment Clause and Deliberate Indifference Resulting in Black being physically hurt and Medical staff knew of Black's health condition and did not treat them. When a inmate is treated for a ailment, It matters not what kind of treatment is prescribed. If that falls far from its targetted matter it is ineffective. Of Notice Black request to see a doctor and stated his medicine

4

prescribed was doing no good. The RN at the last blood pressure test 60/40 stated to Black do you feel OK. Black stated no "I feel dizzy all the time and request his medication be change⁴. The medication or appointment to see a qualified doctor was denied. The result dizziness causing a incident where Black could of hit his head and been killed. Black feels dizziness, pain and blood pressure (anxiety attacks) is rapid. The blood pressure had time to slow down from the time of the incident until the assistant took it 160/90.

Conclusion⁻¹⁾ The Court will order Black to be taken to a doctor and treated for his serious medical needs immediately. Black has a Right To Life even though he is in the custody of the B.O.P. A formal hearing will be set for the defendants to show cause why the defendants have taken Blacks basic needs to live away from him and suffering pain without necessary authority to punish him in such a manner under his Judgment and Sentenced served in Custody of B.O.P.

2) Black asks the Honorable District Court to grant as he see's fit + necessary and infringe punishment on the defendants. Where it be punitive damages of ___?___ or other punishment that he deems fit and fair. No one should be held under these conditions. A Jury Trial May be In Question. [Black is 68years old.]

Signed Under Penalty Of Perjury

I do hereby swear that the within is true and correct.
I am a federal inmate and in Custody within this Courts Jurisdiction
Dated   3/19/2023 .              Respectfully submitted,
                                 Sincerely and Thankfully,
                                 Randy L. Black
                                 Randy L Black  47101019
                                 FCI Hazelton
                                 P.O. Box 5000
                                 Bruceton Mills, WV
                                                26525

Clerk Would You Please File This as fast as possibly. I need
medical care. I feel I am border line of a stroke.
            Thanks In Advance,
            RLB    3/19/2023

6