IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**RANDY L. BLACK,**

        Plaintiff,

v.                                     **Civil Action No. 5:23-CV-107**
                                          Judge Bailey

**WARDEN RAY, UNKNOWN DOCTOR
AND HEALTH SERVICE STAFF,** and
**BUREAU OF PRISONS,**

        Defendants.

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

On March 22, 2023, the plaintiff initiated this case by filing a *pro se* letter which was construed as a Federal Civil Rights Complaint. [Doc. 1]. On that same date, the plaintiff was sent a Notice of Deficient Pleading and Intent to Dismiss, together with this Court's ***Bivens*** form. [Doc. 2]. The Notice advised the plaintiff that failure to complete the packet and return it within thirty (30) days would result in his case being dismissed. The Notice was sent by certified mail and service was accepted on March 24, 2023.

To date, plaintiff has not complied with the Notice of Deficient Pleading, nor has he requested an extension of time to do so.

Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE.** The Clerk is **DIRECTED** to **STRIKE** this

1

action from the active docket of this Court. Further, the pending Question of Subject Matter Jurisdiction [Doc. 4] is **DENIED AS MOOT**.

The Clerk is **DIRECTED** to mail a copy of this Order to the plaintiff by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

DATED: May 2, 2023.

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**